UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Russell L. Lichtenstein, Esquire
4996
COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.
1125 Atlantic Avenue - 3rd Floor
Atlantic City, NJ 08401
(609) 344-3161
File No.: 52211-26
Attorney for Defendant, GNOC Corp., d/b/a The Atlantic City Hilton

| | |
|---|---|
| PATRICIA C. BURNS AND WILLIAM BURNS, H/W,<br><br>    Plaintiffs,<br><br>vs.<br><br>GNOC CORPORATION d/b/a ATLANTIC CITY HILTON CASINO RESORT<br>AND<br>CAESARS ENTERTAINMENT INC.<br>AND<br>HARRAH'S ENTERTAINMENT, INC.<br>AND<br>PARK PLACE ENTERTAINMENT CORP.,<br>AND<br>RIH CASINO RESORTS, LLC.<br>AND<br>JOHN/JANE DOE<br>AND ABC CORP.,<br><br>    Defendants. | Civil Action<br><br>No. 07-0903 NLH<br><br>**CONSENT ORDER PROPERLY IDENTIFYING DEFENDANT GNOC CORP., D/B/A THE ATLANTIC CITY HILTON** |

  This matter having come before the Court by way of this Consent Order, executed by counsel for both plaintiffs and defendant in this matter, and it appearing that defendant in this matter has been improperly named in the caption of the Complaint as "GNOC CORPORATION d/b/a ATLANTIC CITY HILTON CASINO RESORT, CAESARS ENTERTAINMENT INC.,

HARRAH'S ENTERTAINMENT, INC., PARK PLACE ENTERTAINMENT CORP., and RIH CASINO RESORTS, LLC" and it further appearing that the proper defendant is GNOC Corp., d/b/a The Atlantic City Hilton, and for other good cause shown;

It is on this 17th day of May, 2007 Ordered that the Complaint and caption of this matter be amended to substitute GNOC Corp., d/b/a The Atlantic City Hilton in place of "GNOC CORPORATION d/b/a ATLANTIC CITY HILTON CASINO RESORT, CAESARS ENTERTAINMENT INC., HARRAH'S ENTERTAINMENT, INC., PARK PLACE ENTERTAINMENT CORP., and RIH CASINO RESORTS, LLC," and, further, to dismiss GNOC CORPORATION d/b/a ATLANTIC CITY HILTON CASINO RESORT, CAESARS ENTERTAINMENT INC., HARRAH'S ENTERTAINMENT, INC., PARK PLACE ENTERTAINMENT CORP., and RIH CASINO RESORTS, LLC " from this matter with prejudice.

This Consent Order shall not affect the claims, rights or defenses of any parties to this matter and is solely entered for the purposes of correctly identifying GNOC Corp., d/b/a The Atlantic City Hilton.

*Noel L. Hillman, USDJ*
J.S.C.

I hereby consent to the form and entry
of the above Order:

**COOPER LEVENSON APRIL NIEDELMAN
& WAGENHEIM, P.A.**

*[signature]*

Russell L. Lichtenstein, Esquire
Counsel for defendant, GNOC Corp., d/b/a
The Atlantic City Hilton

2

**FLAGER & YOCKEY**

_____
J. Davy Yockey, Esquire
Counsel for plaintiff Patricia C. & William Burns

CLAC; 97726.1